■ JAMES R. CAMPBELL, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 70147.)—

Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.

■ In the Matter of CAROL DECHAMPS, Appellant, v SWEET HOME CENTRAL SCHOOL DISTRICT, Respondent.—

An arbitration award may be vacated on the ground that the arbitrator "exceeded his power" (CPLR 7511 [b] [1] [iii]) but his determination will not be set aside on that ground unless it is " 'completely irrational' " *(Rochester City School Dist. v Rochester Teachers Assn.,* 41 NY2d 578, 582; *see also, Matter of National Cash Register Co. [Wilson],* 8 NY2d 377, 383). We conclude that, on this record, the arbitrator's award cannot be said to be " 'completely irrational' ". (Appeal from order of Supreme Court, Erie County, Francis, J.—vacate arbitrator's award.) Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.